**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID CATA,                                    No. C 03-3096 PJH (PR)

           Petitioner,

    v.                                                            **JUDGMENT**

SILVIA GARCIA, Warden,

           Respondent.

_____/

    The court having entered a ruling today denying the petition for writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/3/07

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.03\Cata3096.jud.ECK